962

No. 05–351. TROUTMAN v. COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied.

No. 05–360. GREEN ET AL. v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 05–369. DOMINGO CORTEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 05–5190. SCHUTTE v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 05–5301. DOSS v. MCALPIN ET AL. C. A. 5th Cir. Certiorari denied.

No. 05–5356. BENITEZ-MACEDO v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 05–5403. JACOBS v. BEARD, SECRETARY, PENNSYLVANIA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 3d Cir. Certiorari denied.

No. 05–5502. LAWRENCE v. F. C. KERBECK & SONS. C. A. 3d Cir. Certiorari denied.

No. 05–5625. RODRIGUEZ v. MCELROY ET AL. C. A. 2d Cir. Certiorari denied.

No. 05–5758. MURRAY v. HARDIMAN. C. A. 1st Cir. Certiorari denied.

No. 05–5767. COLLINS v. WOODFORD, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS. C. A. 9th Cir. Certiorari denied.

No. 05–5773. PRIBLE v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 05–5780. WILLIAMS v. YATES, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 05–5782. ANAYA v. KNOWLES, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.